Case 1:14-cv-08569 Document #: 6 Filed: 01/05/15 Page 1 of 3 PageID #:1

DC

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ONE WEST BANK
888 E. WALNUT ST.
PASADENA, CA 91101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
DEC 08 2014

FILED
JAN - 5 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 2970 0004 3490 0661

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DORIS J. FRANKLIN
6107 S. Campbell
Chicago, IL 60629

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DEC. 03-2014 |
| NAME OF SERVER *(PRINT)* U.S. CERTIFIED MAIL | TITLE MAIL MAN |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: ONE WEST BANK 888 E. WALNUT ST PASADENA, CA. 91101

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ONE WEST BANK

☐ Returned unexecuted: _____

☐ Other (specify): CASE # 1:14-CV-09569

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  DEC. 03 2014     U.S. POSTAL MAN
           Date            Signature of Server

_____
Address of Server

☑ FILED
JAN - 5 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.